

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KATHERINE MACFARLANE**<br>phone: (212) 788-1001<br>fax: (212) 788-9776<br>email: kmacfarl@law.nyc.gov |

February 27, 2012

**By ECF**
Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Hector Lopez, et al. v. City of New York, et al.</u>, 11-cv-2607-CBM-RER

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants. Defendants submit this reply letter in further support of their February 3, 2012 motion to compel, which is fully briefed.

The parties negotiated a briefing schedule that gave plaintiffs two weeks to oppose defendants' motion, and defendants an additional two weeks to reply. On January 31, 2012, the Court so-ordered the stipulated schedule, and thereafter, set a conference for March 8, 2012, which was set, in part, to address defendants' motion. Pursuant to that schedule, plaintiffs' opposition to defendants' motion was due February 17, 2012. No opposition was filed. As a result, defendants submit that their February 3, 2012 motion is fully briefed. Permitting plaintiffs to file a late opposition would award them one full month to answer a 3-page letter, and would force defendants to reply substantively in less time than what they bargained for.

Thank you for your Honor's time and consideration of this letter.

Respectfully submitted,

/s/

Katherine Macfarlane

cc:   Michael Lumer                By ECF
      *Attorneys for Plaintiff*