UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HECTOR LOPEZ, BRENDA CONCEPCION,            JUDGMENT
and CONSUELA PEREZ,            11-CV- 2607 (CBA)

           Plaintiffs,

     -against-

THE CITY OF NEW YORK, ELVIS MERIZALDE,
and ROSEMARIE HARTY,            FEB 29 2012

           Defendants.
-----------------------------------------------------------------X

       Defendant City of New York having made a Rule 68 Offer of Judgment filed on January 4, 2012, to allow Plaintiff Hector Lopez to take a judgment against it in this action for the total sum of Fifteen Thousand One ($15,001.00) Dollars, plus reasonable attorneys' fees, expenses and costs to the date of the offer for Plaintiff's federal claims; and Plaintiff Hector Lopez having accepted said offer of judgment; and that it is further,

       ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Plaintiff Hector Lopez and against Defendants City of New York, Elvis Merizalde, and Rosemarie Harty, in the amount of $15,001.00 Dollars, plus reasonable attorneys' fees, expenses and costs to the date of the offer.

Dated: Brooklyn, New York            Douglas C. Palmer
        February 29, 2012            Clerk of Court

           by:    s/MG
           Michele Gapinski
           Chief Deputy for
           Court Operations