UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
HECTOR LOPEZ, et al.,

       Plaintiffs,   11 CV 2607 (CBA) (RER)

  -against-

THE CITY OF NEW YORK, et al.,    **NOTICE OF MOTION**

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

  **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Michael Lumer, Esq., dated March 14, 2012, and the exhibits annexed thereto, and upon the accompanying Memorandum of Law, and  and all the prior pleadings and proceedings had herein, plaintiff Hector Lopez will move this Court, before the Honorable Carol Bagley Amon, Chief United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on April 4, 2012, or as soon thereafter as he may be heard, for an Order:

  1)  Granting plaintiff all reasonable legal fees, costs, and expenses pursuant to Federal Rule of Civil Procure 54, in accordance with the terms of the Judgment entered in favor of plaintiff on February 29, 2012,, in the total amount of $26,352.50; and

  2)  All such other relief as this Court deems just proper.

  **PLEASE TAKE FURTHER NOTICE** that all papers in opposition to this motion shall  be served by March 28, 2012.

]

]

Dated: Brooklyn, New York
      March 14, 2012

                                REIBMAN & WEINER
                                Attorneys for Plaintiff Hector Lopez

                                s/
                    By:     _____
                                Michael B. Lumer (ML-1947)
                                26 Court Street, Suite 1808
                                Brooklyn, New York 11242
                                (718) 522-1743

To:    Barry Myrvold, ACC
         Katherine Macfarlane, ACC