## Lopez

| Date | Atty | Activity | Time | Fee |
|---|---|---|---|---|
| 3/24/2010 | ML | Mtg w/Marc Reibman to discuss possible referral | 0.2 | 85.00 |
|  | ML | Reviewed email b/w MR and Kieran Conlan re: referral | 0.1 | 42.50 |
| 3/25/2010 | ML | Email from/to K. Conlan re: referral, meeting w/clients | 0.1 | 42.50 |
| 3/26/2010 | ML | Email from/to K. Conlan re: referral, meeting w/clients | 0.1 | 42.50 |
| 3/29/2010 | ML | Email and TC w/K. Conlan re: meeting w/clients | 0.2 | 85.00 |
| 3/30/2010 | ML | Reviewed crim case materials / TC w/ K. Conlan re: same | 0.3 | 127.50 |
| 5/10/2010 | ML | TC w/H. Lopez re: possible retention, facts, status of crim case, etc. | 0.4 | 170.00 |
| 5/13/2010 | ML | Intake/meeting w/H. Lopez | 1.0 | 425.00 |
| 5/24/2010 | ML | Drafting/serving H. Lopez Notice of Claim | 0.4 | 170.00 |
|  | ML | TC w/Brenda Concepcion re: representation, possible meeting | 0.2 | 85.00 |
| 5/25/2010 | ML | Intake/meeting w/B. Concepcion and Consuelo Perez | 1.2 | 510.00 |
| 6/21/2010 | ML | TC w/Emilio Grillo re: crim case, related issues | 0.4 | 170.00 |
|  | ML | Rev letters from Comptroller's Office, letters to clients | 0.3 | 127.50 |
| 7/16/2010 | ML | Rev webcrims bounce | 0.1 | 42.50 |
| 7/22/2010 | ML | Email from H. Lopez re: status | 0.1 | 42.50 |
|  | ML | TC w/Emilio Grillo re: crim case, related issues | 0.3 | 127.50 |
| 7/23/2010 | ML | Arranged for adjournment of 50H | 0.1 | 42.50 |
| 7/30/2010 | ML | Rev webcrims bounce | 0.1 | 42.50 |
|  | ML | TC w/H Lopez | 0.2 | 85.00 |
| 8/3/2010 | ML | TC w/Emilio Grillo re: crim case, poss dispositions | 0.3 | 127.50 |
| 8/25/2010 | ML | Rev webcrims bounce | 0.2 | 85.00 |
|  | ML | TC w/Emilio Grillo re: crim case, bounce indicating new counsel | 0.2 | 85.00 |
| 9/27/2010 | ML | TC w/Emilio Grillo re: crim case status | 0.1 | 42.50 |
| 9/28/2010 | ML | Rev webcrims bounce | 0.1 | 42.50 |
| 11/4/2010 | ML | Rev webcrims bounce | 0.1 | 42.50 |
| 12/9/2010 | ML | Rev webcrims bounce | 0.1 | 42.50 |
| 12/16/2010 | ML | TC w/Emilio Grillo re: status of case, poss dispositions | 0.3 | 127.50 |
| 1/25/2011 | ML | Email from cliient re: status of crim and civil cases | 0.1 | 42.50 |
|  | ML | TC w/H Lopez re: issues in email, ACD and other poss dispositions and impact on civil case, etc | 0.4 | 170.00 |
| 1/27/2011 | ML | Rev webcrims bounce | 0.1 | 42.50 |
| 3/8/2011 | ML | Rev webcrims bounce | 0.1 | 42.50 |
|  | ML | TC w/Emilio Grillo re: ACDs | 0.2 | 85.00 |
| 3/14/2011 | ML | Arranged for letter to client re: 50H | 0.1 | 42.50 |
| 3/24/2011 | ML | Email from H. Lopez re: status, 50H | 0.1 | 42.50 |
| 3/30/2011 | ML | Email to/from H. Lopez re: 50H | 0.2 | 85.00 |
| 3/31/2011 | ML | Email to/from H. Lopez re: 50H prep | 0.1 | 42.50 |
| 4/11/2011 | ML | Mtg w/H Lopez 50H prep | 1.0 | 425.00 |
|  | ML | Appear for 50H | 1.2 | 510.00 |
| 4/26/2011 | ML | Email from H. Lopez re: poss witness info | 0.2 | 85.00 |
| 5/25/2011 | ML | Drafting complaint | 1.2 | 510.00 |
| 5/31/2011 | ML | Editing, finalizing complaint | 1.8 | 765.00 |
|  | ML | Arranging for service | 0.2 | 85.00 |
| 6/3/2011 | ML | Filed AOS for municipal def | 0.1 | 42.50 |
| 6/14/2011 | ML | TC w/ACC Myrvold re: def req for addl time to answer | 0.2 | 85.00 |
| 6/15/2011 | ML | Filed AOS for def Merizalde | 0.2 | 85.00 |
|  | ML | Reviewed defs motion for more time | 0.2 | 85.00 |
| 6/16/2011 | ML | Reviewed court order | 0.2 | 85.00 |
| 6/21/2012 | ML | Email exchanged w/H. Lopez re: 160.50 azs | 0.2 | 85.00 |
|  | ML | Drafted 160.50 azs for clients, sent same to H Lopez | 0.1 | 42.50 |
| 7/1/2011 | ML | Received completed 160.50 azs; scanned and emailed/mailed same to defs | 0.4 | 170.00 |
| 7/5/2011 | ML | Email from/to ACC Myrvold re: underlying docket number | 0.3 | 127.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/18/2011 | ML | Reviewed court scheduling order, notice of appearance by ACC Macfarlane | 0.2 | 85.00 |
| 8/23/2011 | ML | Reviewed defs' answer | 0.4 | 170.00 |
| | ML | Reviewed defs' ltr identifying officers; compared with file info | 0.2 | 85.00 |
| 9/7/2011 | ML | Emails (multiple) from/to H. Lopez re: status of case | 0.3 | 127.50 |
| | ML | Email from/to ACC Macfarlane re: def request to adjourn initial conf | 0.2 | 85.00 |
| 9/8/2011 | ML | Reviewed defs' motion to adj conf | 0.1 | 42.50 |
| | ML | Reviewed court's order on defs' motion | 0.1 | 42.50 |
| 9/28/2012 | ML | Prep/attend initial conf | 1.2 | 510.00 |
| | ML | Reviewed multiple emails from ACC Macfarlane re: lost wages, settlement demand and identity of NYPD Sgt. | 0.3 | 127.50 |
| 9/30/2011 | ML | Reviewed file/drafted, sent email to ACC Macfarlane re: defs' emails | 0.4 | 170.00 |
| 10/14/2011 | ML | TC w/clients (individually) re: status, settlement authority, defs' discovery demands | 1.5 | 637.50 |
| 10/20/2011 | ML | TC w/H Lopez re: settlement | 0.2 | 85.00 |
| | ML | TC w/ACC Macfarlane re: settlement | 0.3 | 127.50 |
| | ML | Multiple emails from/to ACC Macfarlane | 0.8 | 340.00 |
| | ML | Drafting/filing amended complaint | 1.2 | 510.00 |
| | ML | Drafting discovery responses | 0.8 | 340.00 |
| 10/21/2011 | ML | Editing, finalizing plaintiffs' discovery responses | 2.0 | 850.00 |
| | ML | Drafting, finalizing plaintiffs' discovery demands | 2.8 | 1,190.00 |
| 10/26/2011 | ML | Reviewed letter from defs, with proposed protective order, dep notices, and complaints re: plaintiffs' disc production | 0.5 | 212.50 |
| 10/27/2011 | ML | Emails from/to ACC Macfarlane re: dispute over burden shifting in proposed protective order | 1.0 | 425.00 |
| | ML | Conf w/Marc Reibman re: status of case, protective order issues, settlement valuation | 0.3 | 127.50 |
| 10/28/2011 | ML | Emails from/to ACC Macfarlane re: dispute over burden shifting in proposed protective order | 0.5 | 212.50 |
| | ML | Reviewed defs motion for a protective order | 0.5 | 212.50 |
| | ML | Drafting response to defs' motion | 1.0 | 425.00 |
| | ML | Researching issues relating to R26 and burden of proof | 1.5 | 637.50 |
| | ML | Reviewing files for recent protective orders for exhibits to motion | 0.8 | 340.00 |
| 10/31/2011 | ML | Reviewed court's order re: plaintiffs' submission | 0.1 | 42.50 |
| 11/1/2011 | ML | Email from ACC Macfarlane re: question over plaintiffs' disc production | 0.1 | 42.50 |
| 11/2/2011 | ML | Drafting, finalizing plaintiffs' response to defs' motion | 2.0 | 850.00 |
| | ML | Multiple emails from/to ACC Macfarlane re: pls' disc production | 0.5 | 212.50 |
| 11/4/2011 | ML | Multiple emails from/to ACC Macfarlane re: depositions, addl disc issues | 0.7 | 297.50 |
| | ML | TC w/ACC Macfarlane re: depositions, poss briefing schedule re: defs' motion to dismiss amended complaint | 0.3 | 127.50 |
| 11/8/2011 | ML | Multiple emails from/to ACC Macfarlane re: defs' proposed briefing schedule | 0.2 | 85.00 |
| | ML | Reviewed defs letter to court re: pre-motion conf and proposed briefing schedule | 0.4 | 170.00 |
| 11/9/2011 | ML | Reviewed court ordered protective order adopting pls' proposed language | 0.3 | 127.50 |
| | ML | Multiple emails from/to ACC Macfarlane re: defs' settlement offer | 0.2 | 85.00 |
| | ML | Initial research into defs' arguments re: prob cause to arrest H. Lopez | 2.0 | 850.00 |
| 11/10/2011 | ML | Multiple emails from ACC Macfarlane re: adjourning deps | 0.3 | 127.50 |
| 11/12/2011 | ML | Researching probable cause issues re: H. Lopez | 0.8 | 340.00 |
| 11/15/2011 | ML | Reviewed court order re: pre-motion conf | 0.1 | 42.50 |
| | ML | TC w/plaintiffs re: settlement | 0.8 | 340.00 |
| | ML | Email from ACC Macfarlane re: deposition schedule | 0.1 | 42.50 |
| | ML | Email to/from ACC Macfarlane re: req for ext of time to respond to defs' req for a premotion conf | 0.2 | 85.00 |
| | ML | Drafting/filing letter motion for ext of time to respond | 0.3 | 127.50 |
| 11/16/2011 | ML | Reviewed court order extending deadline for premotion response | 0.1 | 42.50 |
| | ML | Drafting plaintiffs' response to defs' premotion conf letter | 1.0 | 425.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2011 | ML | Email exchanged w/ACC Macfarlane re: calling MJ Reyes re: pre-settlement conf submissions | 0.2 | 85.00 |
| | ML | Conf call w/MJ Reyes' chambers | 0.1 | 42.50 |
| 11/18/2011 | ML | Drafting/filing plaintiffs' response to defs' premotion conf letter | 2.5 | 1,062.50 |
| 11/22/2011 | ML | Drafting/submitting plaintiffs' ex parte settlement position letter | 1.8 | 765.00 |
| 11/28/2011 | ML | Reviewed court order by MJ Reyes adjourning settlement conf sine die | 0.1 | 42.50 |
| | ML | Reviewed defs' disc responses | 0.3 | 127.50 |
| | ML | Drafting/sending defs' letter re: deficiencies in disc responses | 1.2 | 510.00 |
| | ML | Email from/to ACC Macfarlane re: pls' letter concerning defs' disc responses | 0.2 | 85.00 |
| 11/29/2011 | ML | Reviewed email/letter from ACC Macfarlane re: proposed CMP and complaints re: pls' discovery product | 0.4 | 170.00 |
| 12/1/2011 | ML | Prep/attend initial pre-motion conference | 1.3 | 552.50 |
| 12/2/2011 | ML | Reviewed court order re: pre-motion conf | 0.1 | 42.50 |
| | ML | Reviewed defs' ltr to MJ Reyes re: proposed CMP | 0.1 | 42.50 |
| | ML | Emails from ACC Macfarlane re: disc issues, post-conf meeting b/w counsel | 0.3 | 127.50 |
| | ML | Conf w/Marc Reibman and Jessica Massimi re: issues raised by Macfarlane's email, status of casere: status of case | 0.3 | 127.50 |
| 12/5/2011 | ML | Reviewed court order re: CMP | 0.1 | 42.50 |
| | ML | Email to ACC Macfarlane re: post-conf meeting | 0.3 | 127.50 |
| | ML | Drafting/serving supplemental discovey responses | 1.0 | 425.00 |
| 12/12/2011 | ML | Email from ACC Macfarlane re: deposition schedule | 0.1 | 42.50 |
| | ML | Researching first amend issue/drafting second amended complaint | 1.5 | 637.50 |
| 12/13/2011 | ML | Multiple emails to/from ACC Macfarlane re: settlement and depositions | 0.4 | 170.00 |
| | ML | Editing, finalizing and filing second amended complaint | 1.5 | 637.50 |
| | ML | TC w/H Lopez re: status of case, settlement issues, etc. | 0.4 | 170.00 |
| 12/19/2011 | ML | Email exchange w/ACC Macfarlane re: deposition schedule | 0.2 | 85.00 |
| 12/20/2011 | ML | Email exchange w/ACC Macfarlane re: deposition schedule | 0.2 | 85.00 |
| | ML | Reviewed defs' supplemental R26 disclosures | 0.2 | 85.00 |
| 12/21/2011 | ML | Reviewed defs' R68 offer ($15k/plt) | 0.2 | 85.00 |
| | ML | TC w/H Lopez re: R68 offer | 0.3 | 127.50 |
| | ML | Letters to clients re: R68 offer | 0.3 | 127.50 |
| | ML | Conf w/Marc Reibman and Jessica Massimi re: R68 offers, discussions with clients and status of case | 0.4 | 170.00 |
| | | | **61.7** | **26,222.50** |