UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HECTOR LOPEZ, BRENDA CONCEPCION,
and CONSUELA PEREZ,

                    Plaintiffs,

-against-

THE CITY OF NEW YORK, ELVIS MERIZALDE,
And ROSEMARIE HARTY

                    Defendants.
-----------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
11-CV-2607(CBA) (RER)

AMON, Chief United States District Judge:

On January 4, 2012, plaintiff Hector Lopez accepted a Rule 68 Offer of Judgment made by the City of New York. The Clerk of Court entered judgment in favor of Hector Lopez on February 29, 2012. (Docket Entry # 37.) On March 13, 2012, the City of New York filed a letter requesting that the Court vacate the Clerk's judgment and enter instead the City of New York's proposed Order of Judgment, which accurately recites the terms and conditions of the settlement agreement reached by the parties. The Court hereby grants the plaintiff's request and vacates the Clerk's judgment of February 29, 2012.

SO ORDERED.

Dated: Brooklyn, New York
       March 14, 2012

s/CBA
Carol Bagley Amon
Chief United States District Judge