

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KATHERINE MACFARLANE**<br>phone: (212) 788-1001<br>fax: (212) 788-9776<br>email: kmacfarl@law.nyc.gov |

December 11, 2012

**By ECF (Letter Only)**
**By Email & U.S. Mail (Notice and Memorandum of Law)**
Michael B. Lumer
REIBMAN & WEINER
26 Court Street, Suite 1808
Brooklyn, New York 11242

Re:   Hector Lopez, et al. v. City of New York, et al., 11-cv-2607-CBM-RER

Dear Mr. Lumer:

I represent defendants The City of New York, Merizalde and Harty in this matter. Attached please find defendants' Notice of Motion for Reconsideration and Memorandum of Law in support of the same. The enclosed are being served by both email and mail to avoid any delay in receipt. Kindly serve your opposition papers in the same manner.

Best regards,

*Katherine Macfarlane*

Katherine Macfarlane